NUMBERS 

13-01-693-CV

13-01-694-CV

13-01-695-CV

13-01-696-CV

 
COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


DELMA MARROQUIN D/B/A LUCKIES BONDING SERVICE , Appellant,


v.



THE STATE OF TEXAS , Appellee.

___________________________________________________________________


On appeal from the County Court at Law No. 3 

of Nueces County, Texas

___________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, DELMA MARROQUIN D/B/A LUCKIES BONDING SERVICE , attempted to perfect appeals from judgments entered by the County Court at Law
No. 3 of Nueces County, Texas, in cause numbers 01-60505-3, 01-60504-3, 01-60512-3, and 01-60516-3 . Judgments in these causes were signed on June 7,
2001 . Timely motions for new trial were filed on July 9, 2001. Pursuant to Tex. R. App. P. 26.1, appellant's notices of appeal were due on September 5, 2001
, but were not filed until October 5, 2001 . 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeals would be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect her appeals, and appellant's failure to respond to
this Court's notice, is of the opinion that the appeals should be dismissed for want of jurisdiction. The appeals are hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 20th day of December, 2001 .